**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1334**

PERCY L. WYATT,

             Plaintiff - Appellant,

     v.

ROBERT STEIDEL, Director of Public Utilities, City of
Richmond,

             Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  John A. Gibney, Jr., District
Judge.  (3:14-cv-00064-JAG)

Submitted:  July 21, 2015         Decided:  July 23, 2015

Before WILKINSON and MOTZ, Circuit Judges, and DAVIS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Percy L. Wyatt, Appellant Pro Se.  Richard Earl Hill, Jr., Stephen
Michael Hall, RICHMOND CITY ATTORNEY'S OFFICE, Richmond, Virginia,
for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Percy L. Wyatt appeals the district court's order granting defendant's motion for summary judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Wyatt v. Steidel, No. 3:14-cv-00064-JAG (E.D. Va. Mar. 3, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED